No. 72–1303.  TUBBS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–1348.  KUHLMAN ET AL. *v.* SIEGLER, ADMINISTRATRIX.  Sup. Ct. Wash.  Certiorari denied.

No. 72–6090.  KING *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Alameda.  Certiorari denied.

No. 72–6182.  CORDLE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–6200.  VARNER *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 72–6205.  FORD *v.* MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 72–6211.  LUCAS *v.* WYOMING ET AL.  Sup. Ct. Wyo.  Certiorari denied.

No. 72–6240.  LANHAM *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–6254.  HARVELL *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 72–6270.  TATUM *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 72–6275.  TEMPLE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6283.  BRANCH *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6302.  EVANS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 72–6304.  WILLIAMS *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.